1  Scott Sagaria (State Bar No.217981)
   sjsagaria@sagarialaw.com
2  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
3  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 100
5  Roseville, California 95661
   Telephone: (408) 279-2288
6  Facsimile: (408) 279-2299

7  Attorneys for Plaintiff
   Melody Van Houten

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA —SAN JOSE DIVISION

| | |
|---|---|
| MELODY VAN HOUTEN,<br><br>         Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A.; et. al.,<br><br>         Defendants. | Case No.: 5:17-CV-02940-HRL<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Melody Van Houten and defendant Bank of America, N.A. ("BANA"), that BANA be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

| | |
|---|---|
| DATED: July 23, 2017 | Sagaria Law, P.C. |
| | By: ___/s/ Elliot W. Gale___<br>Elliot W. Gale<br>Attorneys for Plaintiff<br>Melody Van Houten |
| DATED: July 23, 2017 | McGuireWoods LLP |
| | By: ___/s/ Anthony Le___<br>Anthony Le<br>Attorneys for Defendant<br>Bank of America, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Anthony Le has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, BANA is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE